**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**MONICA GOODMAN,**

     **Plaintiff,**

**v.**                                             **No. 12-cv-251 BB/WPL**

**GOLDEN CORRAL CORPORATION,**
**GLADYS MONTOYA,**

     **Defendants.**

<u>**ORDER SETTING SETTLEMENT CONFERENCE**</u>

The parties have asked the undersigned to conduct a Settlement Conference. The referral

judge has approved.  Accordingly, the undersigned will conduct a Settlement Conference on **May**

**21, 2012 at 11:00 a.m.**, in the Doña Ana Courtroom, third floor, United States Courthouse, 100 N.

Church Street, Las Cruces, NM.

The parties or a designated representative, other than counsel of record, with full authority

to resolve the case, must attend in person.  Counsel who will try the case must also attend in person.

Those attending the settlement conference must treat as confidential the information discussed,

positions taken, and offers made by other participants in preparation for and during the conference.[1]

*See generally Hand v. Walnut Valley Sailing Club*, No. 11-3228, 2012 WL 1111137 (10th Cir. Apr.

2, 2012) (unpublished) (affirming dismissal of case as sanction for violating confidentiality of

settlement conference).

---

     [1] This does not prohibit disclosures stipulated to by the parties, necessary in proceedings to determine the existence of a binding settlement agreement, or as otherwise required by law.

No later than **Thursday, May 10, 2012**, Plaintiff shall serve on Defendants a letter setting forth at least the following information: (a) a brief summary of the evidence and legal principles that Plaintiff asserts will allow her to establish liability; (b) a brief explanation of why damages or other relief would be warranted; (c) an itemization of the principles supporting those damages; and (d) a settlement demand.  No later than **Tuesday, May 15, 2012**, Defendants shall serve on Plaintiff a letter that sets forth at least the following information: (a) any points in Plaintiff's letter with which the defense agrees; (b) any points in Plaintiff's letter with which the defense disagrees, with references to supporting evidence and legal principles; and (c) a counteroffer.[2]  If a release is contemplated, defense counsel shall include a proposed form of release with the letter.  Each of these letters typically should be five pages or fewer, and counsel must ensure that each party reads the opposing party's letter before the Settlement Conference.  If the case does not settle, Plaintiff shall provide copies of these letters to the Court no later than **12:00 p.m. on Friday, May 18, 2012**.

No later than **12:00 p.m. on Friday, May 18, 2012**, each party must provide the Court, in confidence, a concise position statement (typically no more than ten pages) containing an analysis of the strengths and weaknesses of its case.  Position statements must be submitted to the Court by e-mail at **VidmarChambers@nmcourt.fed.us**.

Furthermore, if any party has in its possession any video or audio recording of the incident upon which this action is based, that party must submit a copy of the recording to the Court no later than **12:00 p.m. on Friday, May 18, 2012**.

---

[2] If the parties have engaged in settlement negotiations, Plaintiff's demand should be lower than Plaintiff's most recent demand, and Defendants' counteroffer should be higher than Defendants' most recent counteroffer.

The Settlement Conference will not be vacated or rescheduled except upon motion and for good cause shown.

**IT IS THEREFORE ORDERED** as follows:

| | |
|---|---|
| **Plaintiff's letter and settlement demand due to Defendants:** | **Thursday, May 10, 2012** |
| **Defendants' letter and counteroffer due to Plaintiff:** | **Tuesday, May 15, 2012** |
| **Plaintiff provides copies of settlement letters to the Court by:** | **Friday,  May 18, 2012 by 12:00 p.m.** |
| **Confidential position statements due to the Court:** | **Friday, May 18, 2012 by 12:00 p.m.** |
| **Settlement Conference:** | **Monday, May 21, 2012, at 11:00 a.m.** |

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**