## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MONICA GOODMAN,

    Plaintiff,

v.                                                  No. 12-cv-0251 BB/WPL

GOLDEN CORRAL CORPORATION,
GLADYS MONTOYA,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on Monday, May 21, 2012.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than Wednesday, June 20, 2012, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                                _____
                                                                 **STEPHAN M. VIDMAR**
                                                                 **United States Magistrate Judge**